**MCLAUGHLIN & STERN, LLP**
FOUNDED 1898

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

MILLBROOK, NEW YORK
GREAT NECK, NEW YORK
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

December 4, 2019

**By ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Room 1106
New York, New York 10007

> Application GRANTED. The initial pretrial conference, scheduled for December 12, 2019, is adjourned to December 19, 2019, at 10:40 a.m.
>
> Dated: December 5, 2019
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Boyce v. Verizon Communications, Inc.*
Case No.: 1:19-cv-08976 (LGS)

Dear Judge Schofield:

We represent the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Individual Rule (I)(B)(2) and on consent of all parties, we write to request an adjournment of the upcoming initial pretrial conference, currently scheduled for December 12, 2019. *See* Dkt. No. 14. I am lead counsel for the Plaintiff in this matter and will be travelling out-of-state on that day. We understand that the Court is available to schedule pretrial conferences on Thursdays. We therefore request that the initial pretrial conference be adjourned until December 19, 2019; January 16, 2020; January 23, 2020; January 30, 2020; or until a time thereafter that is convenient for the Court. I have confirmed that Defendant's counsel is available on those dates and consents to the adjournment of the conference. This is the parties' second request for such an extension, this adjournment does not affect any future deadline, and there are no additional upcoming scheduled appearances before the Court.

We thank the Court for its time and consideration with regard to this request.

Respectfully submitted,

/s/
Brett R. Gallaway, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
Tel: 212-448-1100
Fax: 212-448-0066
*Attorneys for Plaintiff*

Cc via ECF: Defendant's counsel

{N0084738.1}