

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial is: (212) 545-4071
My Email Address is: Peter.Moskowitz@JacksonLewis.com

February 14, 2020

> Defendant's Letter Motion to adjourn the Settlement Conference scheduled for March 24, 2020 (ECF No. 27) is GRANTED. The Settlement Conference is rescheduled to Friday, April 17, 2020 at 10:00 am. The parties' submissions are due by Monday, April 13, 2020.
>
> SO-ORDERED 2/14/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Boyce v. Verizon Communications, Inc.
Civ. Action No.: 1:19-cv-08976 (LGS)

Dear Judge Cave:

   This firm represents Defendant in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Procedures, we write to respectfully request an adjournment of the settlement conference currently scheduled for March 24, 2020 at 10:00 a.m. We appreciate Your Honor granting the parties' prior request to reschedule, but all parties and counsel are also unavailable on March 24, 2020. We conferred with opposing counsel and all parties can attend a conference on April 17, 2020 if Your Honor is available. If not, counsel will jointly call Your Honor's chambers to obtain potential suitable dates that we can provide to our clients to confirm a date for this conference. This is the second request for an adjournment of the conference and the parties will be seeking from Judge Schofield a modification of the Case Management Order's discovery deadlines to accommodate this adjournment. Thank you very much for your consideration.

              Respectfully submitted,
              JACKSON LEWIS P.C.

              Peter C. Moskowitz

cc:  Counsel of Record (*via ECF*)