UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS J. BOYCE,
                            Plaintiff,

                                                     19 Civ. 8976 (LGS)

            -against-

                                                     ORDER

VERIZON COMMUNICATIONS, INC.,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties were directed to file a status letter by May 1, 2020, pursuant to the Amended Case Management Plan and Scheduling Order (Dkt. No. 36);

       WHEREAS, no such letter was filed.  It is hereby

       **ORDERED** that the parties shall file the joint letter by **May 7, 2020**.

Dated: May 4, 2020
       New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**