UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THOMAS J. BOYCE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :     19 Civ. 8976 (LGS)
             -against-                                      :
                                                            :     ORDER
VERIZON COMMUNICATIONS, INC.,                               :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were directed to file a status letter by May 1, 2020 and every thirty days thereafter, pursuant to the Amended Case Management Plan and Scheduling Order (Dkt. No. 36)

WHEREAS, no letter was filed on June 1, 2020. It is hereby

**ORDERED** that the parties shall file the joint letter by **June 5, 2020**.

Dated: June 2, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**