UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS J. BOYCE,

                              Plaintiff,

              -against-

VERIZON COMMUNICATIONS, INC.,
                             Defendant.
------------------------------------------------------------X

19 Civ. 8976 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties were directed to file a status letter by May 1, 2020 and every thirty days thereafter, pursuant to the Amended Case Management Plan and Scheduling Order (Dkt. No. 47)

      WHEREAS, no letter was filed on July 1, 2020.  It is hereby

      **ORDERED** that the parties shall file the joint letter by **July 9, 2020**.

Dated: July 7, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE